# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEELE DAVIS et al.,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 19-3538 |
| : | |
| **RHODES ENTERPRISES, INC,** : | |
| et al., : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 30th day of November, upon consideration of the Parties' Stipulation of Dismissal (Doc. No. 12), it is hereby **ORDERED** that this matter is **DISMISSED without prejudice.** See Fed. R. Civ. P. 41(a). The **Clerk of Court SHALL CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.